824

No. 85–2041. COLONY SQUARE CO. *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA (two cases). C. A. 11th Cir. Certiorari denied.

No. 85–2042. CARBONE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 85–2043. HOFFART *v.* TEXAS. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 85–2044. USTRAK *v.* FAIRMAN. C. A. 7th Cir. Certiorari denied.

No. 85–2045. COSME NIEVES ET AL. *v.* DESHLER ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–2048. PELLERIN *v.* TUDOR CONSTRUCTION CO. ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 85–2050. JOHNSON & JOHNSON PRODUCTS, INC. *v.* WEST. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 85–2051. JENSEN *v.* SATRAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 85–2052. WOOD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–2053. SCHNEIDER ET AL. *v.* CITY OF EAST ORANGE ET AL. Sup. Ct. N. J. Certiorari denied.

No. 85–2054. DEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–2055. BROWN ET AL. *v.* SHELL OIL CO. Ct. App. Mich. Certiorari denied.

No. 85–2056. YANOPOULOS *v.* DEPARTMENT OF THE NAVY ET AL. C. A. Fed. Cir. Certiorari denied.